**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
| | |
|---|---|
| PRADEEP MAHAPATRA, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 10-cv-2515 (DAB) (DF) |
| Plaintiff, | ) |
| vs. | ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG, | ) |
| Defendants. | ) |

_____

[Additional Captions Follow]

**NOTICE OF MOTION AND MOTION OF PROPOSED LEAD PLAINTIFFS BRENT EVANS, SIDNEY AND ELAINE GLICK FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND THE APPROVAL OF <u>THEIR SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| ROBERT M. HODGE, Individually and on behalf of himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>                Defendants. | Case No. 10-cv-2544 (DAB) (DF) |
| THOMAS MARKEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG and CHARLENE HUA,<br><br>                Defendants. | Case No. 10-cv-2556 (DAB) (DF) |

| | |
|---|---|
| JOEL A. HOFFLICH,<br><br>              Plaintiff,<br><br>       vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILLY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, HAIYONG JEFF LIU, WILLIAM BLAIR & COMPANY, L.L.C., COWEN & COMPANY, L.L.C. and OPPENHEIMER & CO., INC.,<br><br>              Defendants. | Case No. 10-cv-2610 (DAB) (DF) |
| CARLTON COWIE, On Behalf of Himself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>              Defendants. | Case No. 10-cv-2611 (DAB) (DF) |
| FUCHSBERG INVESTMENT PARTNERS, On Behalf of Itself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>              Defendants. | Case No. 10-cv-2639 (DAB) (DF) |

| | |
|---|---|
| TAMMY DEE THOMPSON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & CO., OPPENHEIMER & CO. INC., and COWEN AND COMPANY, LLC,<br><br>    Defendants. | Case No. 10-cv-2640 (DAB) (DF) |
| HAI RONG YANG, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>    Defendants. | Case No. 10-cv-2654 (DAB) (DF) |

| | |
|---|---|
| HARRY POGASH, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>            vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, and CHARLENE HUA,<br><br>                              Defendants. | ) Case No. 10-cv-2885 (DAB) (DF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| SIDNEY and ELAINE GLICK, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>            vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>                              Defendants. | ) Case No. 10-cv-3007 (DAB) (DF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| _____<br>MICHAEL E. COOPER, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & COMPANY, L.L.C., OPPENHEIMER & CO., INC., and COWEN & COMPANY, L.L.C.<br><br>      Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 10-cv-3024 (DAB) (DF) |
| _____<br>RICHARD C. STARKEY, derivatively on behalf of FUQI INTERNATIONAL, INC.,<br><br>      Plaintiff,<br><br>   vs.<br><br>YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, and JEFF HAIYONG LIU,<br><br>      Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 10-cv-3326 (DAB) (DF) |

   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion of Proposed Lead Plaintiffs Brent Evans, Sidney and Elaine Glick for Consolidation, Appointment as Lead Plaintiffs and the Approval of their Selection of Lead Counsel, and the

1

Declaration submitted in support thereof and such other evidence as the Court may consider Brent Evans, Sidney and Elaine Glick move the Court, pursuant to Sections 21D (a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act") for an order: (i) consolidating the above captioned actions, (ii) appointing them as Lead Plaintiffs for the claims asserted; and (iii) approving their choice of Stull, Stull & Brody and Weiss & Lurie as Co-Lead Counsel.

Dated: May 18, 2010

                                            WEISS & LURIE

                                   By:   /s/ Joseph H. Weiss
                                        Joseph H. Weiss
                                        Mark D. Smilow
                                        WEISS & LURIE
                                        551 Fifth Avenue
                                        New York, New York 10176
                                        (212) 682-3025
                                        (212) 682-3010 (Fax)

                                        Jules Brody
                                        STULL STULL & BRODY
                                        6 East 45th Street
                                        New York, New York 10017
                                        (212) 687-7230
                                        (212) 490-2022 (Fax)

                                        Attorneys for Plaintiffs
                                        Brent Evans, Sidney and
                                        Elaine Glick